THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW KESCHNER, Appellant.

Submitted December 30, 2013; decided January 9, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th

Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.